## LAWTON ag<sup>t</sup> MASON

John Lawton plaint. ag<sup>t</sup> John Mason Defend<sup>t</sup> The plaint. withdrew his action.

## DAVIE ag<sup>t</sup> ALLICETT

Humphry Davie plaint. upon Replevin ag<sup>t</sup> John Allicett Defend<sup>t</sup> The Replevin & Evidences in the case produced being read & committed to the Jury, which remain on file with the Records of this Court The Jury brought in theire verdict they found for the Defend<sup>t</sup> costs of Court allowed five Shillings.

## DAVIE ag<sup>t</sup> SKILLIN

Humphry Davie plaint. ag<sup>t</sup> Thomas Skellin Defend<sup>t</sup> in an action of the case for a debt due unto him to the value of Eighty pounds in Fish upon acco<sup>t</sup> or what shall appeare justly due with due damages according to attachm<sup>t</sup> dat<sup>d</sup> Sept<sup>r</sup> 24° 1676. . . . The Jury . . . found for the plaintife Seventy nine pounds nine Shillings nine pence according to bill & costs of Court allow<sup>d</sup> 29<sup>s</sup> 6<sup>d</sup>

Execucion issued x<sup>br</sup> 5° 1676.

## BARTHOLMEW agt. COX

William Bartholmew plaint. ag<sup>t</sup> John Cox Defend<sup>t</sup> The plaint. withdrew his action.

## HUDSON agt. LONG

Cap<sup>tn</sup> William Hudson plaint. ag<sup>t</sup> John Daniel Defend<sup>t</sup> The plaint. withdrew his action.

## BENNET agt. FLOIDE

Samuel Bennet plaint. ag<sup>t</sup> John Floid Def<sup>t</sup> in an action of the case for witholding thirty five pounds due for land sold [ 407 ] him with all due damages according to attachm<sup>t</sup> dat<sup>d</sup> 26: 7<sup>br</sup> 1676. . . . The Jury . . . found for the Defend<sup>t</sup> costs of Court.

## WHARTON agt. WALLEY

Richard Wharton Attourny to Peter Sayer Attourny & assignee to Jonathan Syberry plaint. ag<sup>t</sup> John Walley Def<sup>t</sup> The Def<sup>t</sup> produceing